IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 13, 2007
THOMAS K. KAHN
CLERK

———————————————

No. 07-12299

———————————————

AT&T MOBILITY, LLC,
f.k.a. Cingular Wireless LLC,

Plaintiff-Appellee,

versus

NATIONAL ASSOCIATION FOR
STOCK CAR AUTO RACING, INC.,

Defendant-Appellant,

SPRINT NEXTEL CORPORATION,

Intervenor-Appellant.

———————————————

Appeal from the United States District Court
for the Northern District of Georgia

———————————————

O R D E R:

Before EDMONDSON, Chief Judge, CARNES and FAY, Circuit Judges.

The parties are hereby advised that the court is issuing its opinion in this expedited case today. Any petitions for rehearing shall be filed in the clerk's office no later than five days from today. The parties are reminded that under the provisions of Eleventh Circuit Rule 35-3 entitled "Extraordinary Nature of Petitions for En Banc Consideration":

> Alleged errors in a panel's determination of state law . . . are matters for rehearing before the panel but not for en banc consideration.

Please govern yourselves accordingly.

The court will continue to expedite its consideration of this case.